UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| IN RE: YASMIN AND YAZ (DROSPIRENONE) MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION | 3:09-md-02100-DRH<br><br>MDL No. 2100 |

**This Document Relates To:**

| | |
|---|---|
| *Rosalynda Epley, et al. v. Bayer HealthCare Pharmaceuticals Inc., et al.* | No. 10-cv-10373-DRH |
| *Judith Green v. Bayer HealthCare Pharmaceuticals Inc., et al.* | No. 10-cv-13449-DRH |
| *Geneva Harris v. Bayer HealthCare Pharmaceuticals Inc., et al.* | No. 11-cv-11696-DRH |
| *Fallon Lynch v. Bayer HealthCare Pharmaceuticals Inc., et al.* | No. 10-cv-11037-DRH |

## JUDGMENT IN A CIVIL CASE

**DECISION BY COURT.** These matters are before the Court for the purpose of docket control.

**IT IS HEREBY ORDERED AND ADJUDGED** that pursuant to the Order entered on May 16, 2014, the above captioned cases are **DISMISSED** with prejudice. Each party shall bear their own costs.

JUSTINE FLANAGAN,
ACTING CLERK OF COURT

BY: /s/*Caitlin Fischer*
Deputy Clerk

Digitally signed by David R. Herndon
Date: 2014.05.21 10:56:12 -05'00'

**APPROVED:**
    **CHIEF JUDGE**
    **U. S. DISTRICT COURT**